■ GENERAL MOTORS ACCEPTANCE CORPORATION, Respondent, v G. DANIEL O'CONNELL et al., Appellants. [605 NYS2d 1010] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Marshall, J.H.O. (Appeal from Judgment of Supreme Court, Erie County, Marshall, J.H.O.—Conversion.) Present—Callahan, J. P., Pine, Lawton, Doerr and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TOMMY BAKER, Appellant. [605 NYS2d 1009] —Judgment unanimously affirmed. Memorandum: We reject defendant's contention that Supreme Court erred in admitting evidence regarding certain words contained in defendant's statement that were legible but had been crossed out with a typewriter at defendant's direction. Contrary to defendant's argument, those words were not outside the scope of the People's CPL 710.30 notice (cf., People v Ludolph, 63 AD2d 77).

Supreme Court did not err in denying defendant's challenge for cause of a juror (see, CPL 270.20 [1] [c]; People v Nelson, 92 AD2d 1036). (Appeal from Judgment of Supreme Court, Monroe County, Mark, J.—Sexual Abuse, 1st Degree.) Present—Callahan, J. P., Pine, Lawton, Boomer and Davis, JJ.